**AEE**

**FILED**
**FEBRUARY 19, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 998**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br>v.<br>SKF CONTRACTING, INC., a Michigan Corporation,<br>Defendant. | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND

| | |
|---|---|
| NAME (Type or print)<br>ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert B. Greenberg | |
| FIRM<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS<br>200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | TELEPHONE NUMBER<br>312-263-1500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐