THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 08C 998 |
| SKF CONTRACTING, INC., a Michigan Corporation, | ) ) ) | Judge Gettleman |
| | ) | Mag. Judge Mason |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiff and moves this Honorable Court to enter a default judgment on behalf of the Plaintiff and against Defendant on the grounds that the Defendant has failed to answer or otherwise defend the complaint of the Plaintiff, a copy of which is attached as "Exhibit A." Defendant was served on March 5, 2008, as more fully stated on the Affidavit of Service, a copy of which is attached as Exhibit "B."

WHEREFORE, Plaintiff requests the following relief:

1. That default be entered against the Defendant herein, SKF CONTRACTING, INC., a Michigan Corporation, and that the complaint filed herein be taken as confessed.

2. That judgment be entered forthwith against the Defendant and in favor of Plaintiff for the period December 1, 2007, through February 29, 2008, in the estimated amount of $60,000.00, for delinquent contributions and liquidated damages due.

3. That interest and/or liquidated damages be assessed against the Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

4. That the Defendant be ordered to comply with and perform according to the terms and conditions of its Collective Bargaining Agreement and the applicable provisions of ERISA as amended.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

Dated: April 2, 2008