AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, <br> Plaintiff, <br><br> v. <br><br> SKF CONTRACTING, INC., a Michigan Corporation, <br> Defendant. | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: **08 C 998** <br><br> ASSIGNED JUDGE: JUDGE GETTLEMAN <br> MAGISTRATE JUDGE MASON <br><br> DESIGNATED <br> MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

SKF CONTRACTING, INC., a Michigan Corporation
c/o: Tina Rauch, Registered Agent
10665 Deal Rd.
Williamsburg, MI 49690

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.







Exh. "B"

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>SKF CONTRACTING, INC., A MICHIGAN CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 C 998<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **5th day of March, 2008, at 11:25 AM**, at the address of **10495 DEAL Road, WILLIAMSBURG, MI 49690**; this affiant served the above described documents upon **SKF CONTRACTING, INC., A MICHIGAN CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **TINA RAUCH, REGISTERED AGENT, A white female approx. 30-35 years of age 5'4"-5'6" in height weighing 140-160 lbs with red hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **5th day of March, 2008**.

_James Bashaw_
James Bashaw, MI

SUBSCRIBED AND SWORN to before me this 5th day of March, 2008

_____
NOTARY PUBLIC in and for the State of **Michigan**
Residing at: _____
My Commission Expires: _____

NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CHARLEVOIX
My Commission Expires Sept. 2, 2008
Acting in the County of _____

FOR: **LAW OFFICES OF ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**

ORIGINAL PROOF OF SERVICE

Tracking #: **5291191** SEA