THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, <br><br> Plaintiff, <br><br> v. <br><br> SKF CONTRACTING, INC., a Michigan Corporation, <br><br> Defendant. | NO. 08C 998 <br><br> Judge Gettleman <br><br> Mag. Judge Mason |

## AFFIDAVIT

**BARBARA BRIGGS**, on oath and duly sworn, states:

1. Affiant is the Data Processing Manager for Line Construction Benefit Fund, a Health and Welfare Fund.

2. Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, SKF CONTRACTING, INC., a Michigan Corp., to be delinquent in its contributions to the Plaintiff Fund for the months of December 1, 2007, through February 29, 2008, in the estimated amount of $60,000.00.

_Barbara Briggs_
BARBARA BRIGGS

Subscribed and Sworn to before me
this __28__ day of __March__ 2008.

_Jean Hayman_
NOTARY PUBLIC

OFFICIAL SEAL
JEAN HAYMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/09