THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 08C 998 |
| SKF CONTRACTING, INC., a Michigan Corporation, | ) ) ) | Judge Gettleman |
| | ) ) | Mag. Judge Mason |
| Defendant. | ) | |

## AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, on oath and duly sworn, states:

1.    That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2.    That I represent the Plaintiff, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, and my billing rate to Plaintiff Fund is $195.00 per hour.

3.    That I have billed my clients a total of $1,170.00 for legal services in the matter of SKF CONTRACTING, INC., a Michigan Corporation.

_____
ROBERT B. GREENBERG

Subscribed and Sworn to before me
this _2nd_ day of _April_, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JACQUELINE S WHARTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/22/11