## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, | ) | |
| A HEALTH AND WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08C 998 |
| | ) | |
| SKF CONTRACTING, INC., a Michigan | ) | Judge Gettleman |
| Corporation, | ) | |
| | ) | Mag. Judge Mason |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    **TINA RAUCH, REGISTERED AGENT**
**SKF Contracting, Inc.**
**10495 Deal Road**
**Williamsburg, MI  49690**

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Gettlemen, in Room 1703, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 17th day of April 2008, at 9:15 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

### CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiff in this action, and that he served the attached Motion upon:

**TINA RAUCH, REGISTERED AGENT**
**SKF Contracting, Inc.**
**10495 Deal Road**
**Williamsburg, MI   49690**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 2nd day of April, 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558