## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 998 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Line Construction Benefit Fund    Vs    SKF Contracting, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [7] for default judgment is granted, and judgment is entered in favor of plaintiff and against defendant in the amount of $61,615.00. Defendant is to comply with the terms of the collective bargaining agreement. The Court reserves jurisdiction with respect to any supplemental proceeding.

[For further detail see separate order]
[Docketing to mail notice]

00:02

