

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, )<br>A HEALTH AND WELFARE FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SKF CONTRACTING, INC., a Michigan )<br>Corporation, )<br>)<br>Defendant. ) | NO. 08C 998<br>08cv998<br><br>Judge Gettleman<br><br>Mag. Judge Mason |

## ORDER

This cause coming on to be heard upon motion of the Plaintiff for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, SKF CONTRACTING, INC., a Michigan Corp., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiff against the Defendant is hereby taken as confessed.

3. That judgment in the amount of SIXTY ONE THOUSAND SIX HUNDRED FIFTEEN AND 00/100 DOLLARS ($61,615.00) which amount includes Court costs in the amount of FOUR HUNDRED FORTY FIVE AND 00/100 DOLLARS ($445.00) and attorney's fees in the amount of ONE THOUSAND ONE HUNDRED SEVENTY AND 00/100 DOLLARS ($1,170.00) is entered against SKF CONTRACTING, INC., a Michigan Corp., and in favor of LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND.

4. That Defendant shall comply with and perform according to the terms and conditions of its Collective Bargaining Agreement with Line Construction Benefit Fund, a Health and Welfare Fund.

5.  The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiff in order to enforce the judgment entered herein.

DATED: April 17, 2008

ENTER:

*Robert W. Gettleman*
U.S. District Court Judge

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558