THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> SKF CONTRACTING, INC., a Michigan ) <br> Corporation, ) <br> ) <br> Defendant. ) | NO. 08C 998 <br><br> Judge Gettleman <br><br> Mag. Judge Mason | |

## SATISFACTION OF JUDGMENT

Plaintiffs, LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND, by its legal representative, Robert B. Greenberg, having received full satisfaction and payment, releases the money judgment entered against Defendant, SKF CONTRACTING, INC., a Michigan Corp., for $61,615.00.

Dated: July 30, 2008

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## **CERTIFICATE OF SERVICE**

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiff in this action, and that he served the attached Satisfaction of Judgment upon:

    TINA RAUCH, REGISTERED AGENT
    SKF Contracting, Inc.
    10495 Deal Road
    Williamsburg, MI   49690

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 30th day of July 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

        /s/ Robert B. Greenberg
        Asher, Gittler, Greenfield & D'Alba, Ltd.
        200 West Jackson Boulevard
        Suite 1900
        Chicago, Illinois 60606
        (312) 263-1500
        IL ARDC#:  01047558